# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH GREEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE PRUDENTIAL INSURANCE COMPANY ) <br> OF AMERICA, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.  2:12-cv-01587-JCM-CWH <br><br> **ORDER** |

This matter is before the Court on Defendant's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint (#6), filed on October 23, 2012.  Defendant requests an extension until November 9, 2012 to answer or otherwise respond to Plaintiff's Complaint.  The answer or response is currently due on October 26, 2012.  On October 20, 2012, Plaintiff's Counsel indicated that she has no objection to extending the deadline to November 9, 2012.  Therefore, the Court finds good cause for the requested extension.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint (#6) is **granted**.  Defendant's answer or response is due on **November 9, 2012**.

DATED this 24th day of October, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**