JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH GREEN<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a Pennsylvania corporation, as Claims Administrator for the Caesars Entertainment Operating Company, Inc. Welfare Benefit Plan; DOES I through V inclusive; and ROES I through V, inclusive,<br><br>Defendants. | CASE NO. : 2:12-cv-01587-JCM-CWH<br><br>**STIPULATION TO DISMISS WITH PREJUDICE, AND ORDER** |

Plaintiff DEBORAH GREEN and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA hereby stipulate to a dismissal of this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 29th day of April, 2013.

| LAW OFFICE OF JULIE MERSCH | RHODES-FORD & ASSOCIATES, P.C. |
|---|---|
| By: /s/ Julie A. Mersch<br>Julie A. Mersch, Esq.<br>Nevada Bar No.: 004695<br>1100 E. Bridger Ave.<br>Las Vegas, NV 89101<br>(702) 387-5868<br>Attorney for Plaintiff | By: /s/ Berna L. Rhodes-Ford<br>Berna L. Rhodes-Ford, Esq.<br>Nevada Bar No. 7879<br>8485 W. Sunset Rd., Ste. 106<br>Las Vegas, NV 89113<br><br>SEYFARTH SHAW LLP<br><br><br>By: /s/ Sam Schwartz-Fenwick<br>Sam Schwartz-Fenwick, Esq.<br>131 S. Dearborn St., Ste. 2400<br>Chicago, IL 60603<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED that this case shall hereby be dismissed in its entirety with prejudice, each party to bear its own attorney's fees and costs.

Dated April 30, 2013.

                                                UNITED STATES DISTRICT COURT JUDGE

W:\GREEN\PLDGS\Stip2Dismiss.wpd